E BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada State Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, Nevada 89117
Telephone: (702) 364-1234
Facsimile: (702) 364-1442
ebbesqltd@yahoo.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDY FORD, | Case No.: 2:18-cv-01331-JCM-NJK |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPLY TO DEFENDANTS, CAESARS ENTERTAINMENT CORPORATION AND PARIS LAS VEGAS OPERATING COMPANY, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X inclusive; and ROES XI through XX, inclusive, CAESARS ENTERTAINMENT CORPORATION; PARIS LAS VEGAS OPERATING COMPANY, LLC; PARIS HOTEL, CASINO, THEATRE, CONVENTION CENTER AND PARKING GARAGE; PARIS HOTEL AND CASINO a Business Entity; DOE OFFICERS XI through XX, inclusive; and ROES XXI through XXX, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

This Stipulation pertains to the Defendants' Caesars Entertainment Corporation and Paris Las Vegas Operating Company, LLC's Opposition to Plaintiff's Motion for Leave to Amend filed on **October 2, 2018**). [*See* **Docket No. 22**].

The Reply to the Opposition is currently due on **October 9, 2018.**

This is the **FIRST** Stipulation for Extension of Time to file a Reply to the Opposition.

Counsel for Plaintiff, LINDY FORD (hereinafter "Plaintiff"), is requesting a two-week extension of time in which to file Plaintiff's Reply to Opposition upon the following basis: Plaintiff's counsel has trial conflicts and a pre-paid vacation plan. Counsel for Defendants has

- 1 -

agreed to the requested extension of time.

Accordingly, IT IS HEREBY STIPULATED BETWEEN Plaintiff, by and through her counsel, and Defendants, by and through their counsel, to the following matters:

1. Plaintiff shall have through and until October 23, 2018 in which to file her Reply to the Opposition;

**IT IS SO ORDERED**

Dated this __9__ day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

DATED this 4th day of October, 2018.

| | |
|---|---|
| E. BRENT BRYSON, P.C. | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: /s/ E. Brent Bryson<br>E. Brent Bryson, Esq.<br>Nevada Bar No.: 4933<br>7730 West Sahara Avenue, Suite 109<br>Las Vegas, Nevada 89117<br>(702) 364-1234<br>Attorneys for Plaintiff<br>**LINDY FORD** | By: /s/Brian K. Terry<br>Brian K. Terry, Esq.<br>Nevada Bar No.: 3171<br>1100 E. Bridger Ave.<br>Las Vegas, Nevada 89101<br>(702) 366-0622<br>Attorneys for Defendants<br>**CAESARS ENTERTAINMENT CORPORATION; PARIS OPERATING COMPANY, LLC** |