BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
VINCENT M. GODINHO, ESQ.
Nevada Bar No. 14205
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bterry@thorndal.com
E-Mail: vmg@thorndal.com
Attorney for Defendants, Caesars
Entertainment Corporation, Paris Las
Vegas Operating Company, LLC, Paris
Hotel, Casino, Theatre, Convention
Center and Parking Garage and Paris
Hotel and Casino

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDY FORD,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X inclusive; and ROES XI through XX, inclusive, CAESARS ENTERTAINMENT CORPORATION; PARIS LAS VEGAS OPERATING COMPANY, LLC; PARIS HOTEL, CASINO, THEATRE, CONVENTION CENTER AND PARKING GARAGE; PARIS HOTEL AND CASINO a Business Entity; DOE SECURTY OFFICERS; and XI through XX, inclusive, ROES XXI through XXX, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-01331<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE CAESARS ENTERTAINMENT CORPORATION, PARIS HOTEL, CASINO, THEATRE, CONVENTION CENTER AND PARKING GARAGE, AND PARIS HOTEL AND CASINO** |

-1-

1  IT IS HEREBY stipulated by and between E. Brent Bryson, Esq., attorney for plaintiff, Lindy Ford, Vincent M. Godinho, Esq., of Thorndal Armstrong Delk Balkenbush & Eisinger, attorney for defendants Caesars Entertainment Corporation, Paris Las Vegas Operating Company, LLC, Paris Hotel, Casino, Theatre, Convention Center and Parking Garage and Paris Hotel and Casino, and Jacqueline V. Nichols, Esq., of Marquis Aurbach Coffing, attorney for defendant Las Vegas Metropolitan Police Department, that Caesars Entertainment Corporation, Paris Hotel, Casino, Theatre, Convention Center and Parking Garage and Paris Hotel and Casino only, be dismissed without prejudice as to said defendants, and each of the above parties to bear their own fees and costs incurred herein.

Dated this 15th day of January, 2019

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
Brian K. Terry, Esq.
Nevada Bar No. 3171
Vincent M. Godinho, Esq.
Nevada Bar No. 14205
1100 Bridger Avenue
Las Vegas, Nevada 89101
Attorney for Defendants, Caesars
Entertainment Corporation, Paris Las
Vegas Operating Company, LLC, Paris
Hotel, Casino, Theatre, Convention
Center and Parking Garage and Paris
Hotel and Casino

Dated this 15th day of January, 2019

MARQUIS AURBACH COFFING

_____
Jacqueline V. Nichols, Esq.
Nevada Bar No. 4933
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Defendant
Las Vegas Metropolitan
Police Department

Dated this 15th day of January, 2019

E. BRENT BRYSON, LTD.

_____
E. Brent Bryson, Esq.
Nevada Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, NV 89117
Attorneys for Plaintiff

1     IT IS HEREBY stipulated by and between E. Brent Bryson, Esq., attorney for plaintiff, Lindy Ford, Vincent M. Godinho, Esq., of Thorndal Armstrong Delk Balkenbush & Eisinger, attorney for defendants Caesars Entertainment Corporation, Paris Las Vegas Operating Company, LLC, Paris Hotel, Casino, Theatre, Convention Center and Parking Garage and Paris Hotel and Casino, and Jacqueline V. Nichols, Esq., of Marquis Aurbach Coffing, attorney for defendant Las Vegas Metropolitan Police Department, that Caesars Entertainment Corporation, Paris Hotel, Casino, Theatre, Convention Center and Parking Garage and Paris Hotel and Casino only, be dismissed without prejudice as to said defendants, and each of the above parties to bear their own fees and costs incurred herein.

Dated this 15th day of January, 2019

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

_____
Brian K. Terry, Esq.
Nevada Bar No. 3171
Vincent M. Godinho, Esq.
Nevada Bar No. 14205
1100 Bridger Avenue
Las Vegas, Nevada 89101
Attorney for Defendants, Caesars Entertainment Corporation, Paris Las Vegas Operating Company, LLC, Paris Hotel, Casino, Theatre, Convention Center and Parking Garage and Paris Hotel and Casino

Dated this 15th day of January, 2019

MARQUIS AURBACH COFFING

_____
Jacqueline V. Nichols, Esq.
Nevada Bar No. 4933
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Defendant
Las Vegas Metropolitan
Police Department

Dated this 15th day of January, 2019

E. BRENT BRYSON, LTD.

*/s/ E. Brent Bryson*
_____
E. Brent Bryson, Esq.
Nevada Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, NV 89117
Attorneys for Plaintiff

-2-

# ORDER ON STIPULATION TO DISMISS WITHOUT PREJUDICE CAESARS ENTERTAINMENT CORPORATION PARIS HOTEL, CASINO, THEATRE, CONVENTION CENTER AND PARKING GARAGE, AND PARIS HOTEL AND CASINO

UPON STIPULATION of the parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Caesars Entertainment Corporation, Paris Hotel, Casino, Theatre, Convention Center and Parking Garage and Paris Hotel and Casino, be dismissed without prejudice from the above captioned matter and each of the parties to pay their own fees and costs.

DATED January 28, 2019.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

/s/ Vincent M. Godinho
_____
BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
VINCENT M. GODINHO, ESQ.
Nevada Bar No. 14205
THORNDAL ARMSTRONG DELK
 BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Attorney for Defendants, Caesars
Entertainment Corporation, Paris Las
Vegas Operating Company, LLC, Paris
Hotel, Casino, Theatre, Convention
Center and Parking Garage and Paris
Hotel and Casino