**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  *Attorneys for Defendant, Las Vegas*
  *Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDY FORD, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X inclusive and ROES XI through XX, inclusive; CAESARS ENTERTAINMENT CORPORATION; PARIS LAS VEGAS OPERATING COMPANY, LLC; PARIS HOTEL, CASINO, THEATRE, CONVENTION CENTER AND PARKING GARAGE; PARIS HOTEL AND CASINO, a Business Entity; DOE SECURITY OFFICERS XI through XX, inclusive and ROES XXI through XXX, inclusive,<br><br>  Defendants. | Case Number: 2:18-cv-01331-JCM-NJK<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL AS TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT** |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL AS TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Lindy Ford ("Ford"), by and through her counsel of record, E. Brent Bryson, Esq., of the law firm E. Brent Bryson, Ltd., and Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorneys, the law firm of Marquis Aurbach Coffing, hereby stipulate to the voluntarily dismissal of all claims asserted against LVMPD. LVMPD was

listed as a Defendant in Ford's July 20, 2018, Complaint. Accordingly, Ford's claims against LVMPD are hereby dismissed. Each Party shall bear their own attorney's fees and costs incurred in this action.

Dated this 1 day of ~~March,~~ April 2019.

MARQUIS AURBACH COFFING

By: /s/
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys Defendant, Las Vegas Metropolitan Police Department*

Dated this ___ day of March, 2019.

E. BRENT BRYSON, LTD.

By: /s/
E. Brent Bryson, Esq.
Nevada Bar No. 4933
7730 W. Sahara Ave., Suite 109
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

### ORDER

By: /s/
**U.S. DISTRICT COURT JUDGE**

Dated April 2, 2019