BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
VINCENT M. GODINHO, ESQ.
Nevada Bar No. 14205
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bterry@thorndal.com
E-Mail: vmg@thorndal.com
Attorney for Defendants,
Caesars Entertainment Corporation;
Paris Las Vegas Operating Company;
Paris Hotel, Casino, Theatre,
Convention Center and Parking Garage; and
Paris Hotel and Casino

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDY FORD, | CASE NO. 2:18-cv-01331 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS I through X inclusive; and ROES XI through XX, inclusive, CAESARS ENTERTAINMENT CORPORATION; PARIS LAS VEGAS OPERATING COMPANY, LLC; PARIS HOTEL, CASINO, THEATRE, CONVENTION CENTER AND PARKING GARAGE; PARIS HOTEL AND CASINO a Business Entity; DOE SECURTY OFFICERS; and XI through XX, inclusive, ROES XXI through XXX, inclusive, | |
| Defendants. | |

-1-

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Lindy Ford, and Defendants, Caesars Entertainment Corporation; Paris Las Vegas Operating Company; Paris Hotel, Casino, Theatre, Convention Center and Parking Garage; and Paris Hotel and Casino, the above-entitled matter be dismissed, with prejudice, each party to bear their own fees and costs.

DATED: 8/9/19

E. BRENT BRYSON, LTD.

*[signature]*

E. Brent Bryson, Esq.
Nevada Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, Nevada 89117
Attorneys for Plaintiff, Lindy Ford

DATED: 8/13/19

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

*[signature]*

Vincent M. Godinho, Esq.
Nevada Bar No. 14205
1100 E. Bridger Avenue
Las Vegas, Nevada 89191
Attorney for Defendants,
Caesars Entertainment Corporation;
Paris Las Vegas Operating Company;
Paris Hotel, Casino, Theatre, Convention
Center and Parking Garage; and Paris Hotel
and Casino

## ORDER

IT IS SO ORDERED August 20, 2019.

*[signature]*

U.S. DISTRICT COURT JUDGE

Submitted by:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

*[signature]*

Vincent M. Godinho, Esq.
Nevada Bar No. 14205
Attorney for Defendants,
Caesars Entertainment Corporation;
Paris Las Vegas Operating Company;
Paris Hotel, Casino, Theatre,
Convention Center and Parking Garage; and
Paris Hotel and Casino